SEALED
FILED-USDC-NDTX-DA
'24 OCT 11 PM4:21

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* BRYAN QUESENBERRY,<br><br>Plaintiffs,<br><br>v.<br><br>ALL STAR MANAGEMENT ENTERPRISE SERVICES, *et al.*,<br><br>Defendants. | Civil Action No. 3:20-cv-2507-E<br><br>FILED IN SEALED CASE |

UNITED STATES OF AMERICA'S NOTICE OF PARTIAL INTERVENTION

1. Pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4), the United States of America notifies the Court of its election to partially intervene in this civil action. In particular, the United States elects to intervene to assert claims against Choice Business Group, LLC ("Choice"), and Prompt Courier & Notary Services ("Prompt"), that Choice and Prompt violated the False Claims Act, 31 U.S.C. § 3729, *et seq*, by submitting or caused the submission of false claims to the United States by falsely certifying that they each met regulatory and statutory requirements to obtain Paycheck Protection Program (PPP) loans under the CARES Act to which they were not entitled. The United States declines to intervene on any other claims asserted on its behalf in this action. The United States intends to file a complaint in partial intervention, and requests that it be permitted to do so within (60) days of the filing of this Notice, or on or before December 12, 2024.

2. While the United States is declining to intervene at this time as to certain claims asserted on its behalf in this action, it would respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which permits a relator to maintain the declined portion of the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* Therefore, the United States requests that, should either relator or any defendant propose that the non-intervened claims be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

4. The United States further requests that pursuant to 31 U.S.C. § 3730(c)(3), should this case continue as to the declined claims, relator and defendants serve all pleadings filed in this action upon the United States and all Orders issued by the Court also be sent to the undersigned counsel for the government.

5. The United States reserves its right to order any deposition transcripts related to the declined claims and to intervene on those claims, for good cause shown, at a later date pursuant to 31 U.S.C. § 3730(c)(3).

6. The United States reserves the right to seek the dismissal of the relator's action or claim on any appropriate grounds, including under 31 U.S.C. §§ 3730(b)(5) and (e)(4).

7. The United States respectfully requests that only the Complaint, this Notice, and the proposed order be unsealed and served upon the defendant. The United States asks that all other materials in this matter (including, but not limited to, any

applications and accompanying memoranda filed by the United States for an extension of time in which to intervene or for any other reason) remain under seal and not be made public or served on the defendant at any time because, in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

8. A proposed order will be submitted.

Respectfully submitted,

LEIGHA SIMONTON
UNITED STATES ATTORNEY

______________________________
ANDREW S. ROBBINS
Assistant United States Attorney
New York Bar No. 4836508
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: 214-659-8600
Facsimile: 214-659-8807
Email: andrew.robbins@usdoj.gov

*Attorneys for the United States of America*

CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2024, a copy of the foregoing motion was mailed by first class mail to counsel for Relator:

James W. Christian
CHRISTIAN LEVINE LAW GROUP
2302 Fannin, Suite 500
Houston, Texas 77002

ANDREW S. ROBBINS
Assistant United States Attorney